IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WILLING,

                Petitioner,

v.

FATHER MICHAEL TRELEAVEN, ET AL.,

                Respondents.

Civil No. 04-1680-HU

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATIONS

**MOSMAN, Judge.**

On March 24, 2005, Magistrate Judge Hubel issued Findings and Recommendation (doc. #29) in the above-captioned case DENYING defendant's motion to dismiss and GRANTING motion to transfer venue to the District Court for the Eastern District of Washington. After a *de novo* review, the court ADOPTS the magistrate's findings and recommendation without modifications as the opinion of this court.

IT IS SO ORDERED.

DATED this 4th day of May, 2005.

                                      /s/ Michael W. Mosman
                                      MICHAEL W. MOSMAN
                                      United States District Judge